**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1612**

_____

CLEVEN LEWIS ROBERSON,

            Plaintiff – Appellant,

      v.

PAUL T. GRAZIANO, Executive Director, Housing Authority of
Baltimore City,

            Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    William  D.  Quarles,  Jr.,  District
Judge.  (1:09-cv-03038-WDQ)

_____

Submitted:  February 10, 2011      Decided:  February 16, 2011

_____

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Cleven  Lewis  Roberson,  Appellant  Pro  Se.    Carrie  Blackburn
Riley, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cleven Lewis Roberson appeals the district court's order dismissing his civil action under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Roberson v. Graziano, No. 1:09-cv-03038-WDQ (D. Md. filed May 21, 2010 & entered May 24, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED